# Third District Court of Appeal
## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2153
Lower Tribunal No. F06-26018
_____

**Eric Barrass,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Eric Barrass, in proper person.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.